GARY M. RESTAINO
United States Attorney
District of Arizona

ABBIE BROUGHTON MARSH
Assistant U.S. Attorney
California State Bar No. 226680
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Abbie.Broughton.Marsh@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-22-00259-PHX-DLR-3 |
| Plaintiff, | **UNITED STATES' SENTENCING MEMORANDUM** |
| vs. | |
| 3. Carlos Armando Valencia-Arellano, | |
| Defendant. | |

Defendant is scheduled to be sentenced on February 5, 2024 following his guilty plea to the Indictment charging him with Conspiracy to Engage in Making False Statements to Acquire Firearms, in violation of Title 18, United States Code, Sections 371 and 924(a)(1)(A) (Doc. 146). The draft PSR correctly calculates Defendant's final post-departure guideline range as 51 to 60 months and the cap under the plea agreement as 36 months. (Draft PSR, Doc. 146 p. 18).

Considering the facts set forth below, the United States recommends a downward variance to account for the timing of the prosecution in this case, Defendant's truthfulness when interviewed about his conduct, Defendant's role in the offense, Defendant's lack of criminal history and success on release, to avoid sentencing disparity, and to provide

adequate deterrence. A term of supervised release is appropriate to provide additional deterrence.

Defendant is a 30-year-old naturalized United States Citizen from Yuma, Arizona without criminal history. In 2016 and 2017, while aged 23, he participated in a conspiracy to straw purchase firearms in the United States and traffic those firearms to Mexico. Three of the firearms were recovered in Sinaloa, Mexico. Defendant and his co-conspirators each profited between $200 and $300 per firearm and Defendant was involved in the direct purchase of eight firearms and recruiting individuals to purchase at least four more.

Since being contacted about this offense in 2017, Defendant has been honest with law enforcement about his role in the offense. He has maintained steady employment as a heavy equipment operator, has been married and had two children and purchased a house. By all accounts, Defendant has done well since he was contacted regarding his criminal conduct in this case. He has taken responsibility and shown remorse for his criminal conduct. His conduct, though dated, was serious. There is a need to balance the seriousness of the conduct and need for general deterrence with Defendant's excellent performance on pretrial release.

Probation recommends a sentence of 12 months and one day. The United States agrees that sentence would be appropriate for the seriousness of the conduct, however, Cervantes, a co-defendant with a greater leadership role was recently sentenced to seven-months in the Bureau of Prisons. Here, a sentence greater than that of Cervantes would not be equitable, thus the United States is recommending a probationary sentence. The two individuals Defendant recruited, who purchased fewer firearms than he, both pleaded guilty under deferred sentencing agreements. A sentence somewhere between those below Defendant in the chain of command for this conspiracy and that of the person who brought him into the conspiracy is most equitable.

Such a sentence is appropriate under the factors outlined in 18 U.S.C. § 3553(a) as it is sufficient but not greater than necessary to reflect the seriousness of the offense, prevent unwarranted sentencing disparities, provide just punishment, provide adequate

- 2 -

deterrence for Defendant and other would-be firearms traffickers, and protect the public from further crimes of Defendant.

**I.      CONCLUSION**

Based on the foregoing, the United States requests a sentence of probation.

Respectfully submitted this 25th day of January 2024.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> */s/ Abbie Broughton Marsh*
> ABBIE BROUGHTON MARSH
> Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Matthew William Bartz, counsel for Defendant

*s/Eric Allen*
U.S. Attorney's Office

- 3 -